NORTHAM WARREN CORPORATION, Appellant, v. THE LUSTRITE CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements, and order for examination modified by limiting the examination to the matters in paragraphs 1 and 2 thereof; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ANNA MERVEN CARRERE and Another, as Executors, etc., of MARION DELL CARRERE, Deceased, Respondents, v. MAMIE BOYCE and Others, Defendants, Impleaded with ARTHUR V. KALDENBERG and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

UNITED LIQUID SULPHUR Co., INC., Respondent, v. VALENTINE A. DECOT, Appellant.— Order reversed, with ten dollars costs and disbursements, motion for reargument denied, with ten dollars costs, and order granting change of venue reinstated. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CHARLES H. HIGGINS and Another, Appellants, v. HINDS, HAYDEN & ELDREDGE, INC., and Another, Defendants, Impleaded with THREE WEST SIXTEENTH STREET CORPORATION, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE CITY OF NEW YORK, Appellant, v. THE EMPIRE CITY SUBWAY COMPANY, LIMITED, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

PARIS H. QUALLS, Respondent, v: EDWARD BOKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Change of Grade and Grading of EAST ONE HUNDRED AND THIRTY-EIGHTH STREET, etc. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN STURSBERG REALTY COMPANY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

PEKIN RESTAURANT Co., INC., Respondent, v. JACOB H. GRUBMAN, Doing Business under the Name and Style of WEST SHORE WINE AND LIQUOR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HARRY CARP, Respondent, v. LOUIS LANDESMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.